**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| THOMAS JESUS MORAIDA, JR., | § | |
| | § | CIVIL ACTION No. 1:16-cv-423 |
| v. | § | |
| | § | JUDGE RON CLARK |
| CITY OF BEAUMONT, et al., | § | |
| | § | VSL |

## ORDER OF DISMISSAL

The parties have agreed to the dismissal of Defendant Jefferson County in this case. (Dkt. # 26). Also, Plaintiff has filed a Notice of Dismissal, voluntarily dismissing all claims in this action without prejudice as to Defendants Darron Wilkerson, Matthew Bean, Craig Leger, and Trevor Barnett. (Dkt. # 27). The parties agreed to dismissal of the City of Beaumont previously. (Dkt. ## 16, 19). There are no remaining defendants in this case.

IT IS THEREFORE ORDERED that Plaintiff's claims in this case against Defendants Jefferson County, Darron Wilkerson, Matthew Bean, Craig Leger, and Trevor Barnett are DISMISSED WITHOUT PREJUDICE, with Plaintiff to bear costs.

The Clerk is directed to CLOSE this case.

**So Ordered and Signed**
**Jan 25, 2017**

_____
Ron Clark, United States District Judge